Brad D. GREENSPAN, Plaintiff Below, Appellant,

v.

ORRICK HERRINGTON LAW LLC, Defendant Below, Appellee.

No. 120, 2016

Supreme Court of Delaware.

Submitted: April 5, 2016

Decided: April 12, 2016

Rehearing Denied May 2, 2016

Reargument Denied May 2, 2016

Court of Chancery of the State of Delaware, C.A. No. 9567.

DISMISSED.

■

D. Michael HARTLEY, D. Kent Hartley, Jeffrey B. Nichols, Standard Bent Glass Corp., a Pennsylvania corporation, and Coastal Glass Distributors, a South Carolina corporation, Plaintiffs Below, Appellants,

v.

CONSOLIDATED GLASS HOLDINGS, INC., (f/k/a GSG Acquisition, Inc.), a Delaware corporation, and G.A.A.G., LLC, (d/b/a Global Security Glazing), an Alabama limited liability company, Defendants Below, Appellees.

No. 591, 2015

Supreme Court of Delaware.

Submitted: April 13, 2016
Decided: April 14, 2016

Court Below: Court of Chancery of the State of Delaware, C.A. No. 9360–VCN.

AFFIRMED.

■

DELAWARE DEPT. OF NATURAL RESOURCES AND ENVIRONMENTAL CONTROL, and David s. Small, Defendants–Below, Appellants,

v.

W. Wayne BAKER, Christian Hudson, Jamin Hudson, John F. Clark, Hollyville Farms, LLC, and Route 24 CJ, LLC, Plaintiffs–Below, Appellees.

No. 552, 2015

Supreme Court of Delaware.

Submitted: April 13, 2016
Decided: April 15, 2016

Court Below: Superior Court of the State of Delaware C.A. No. S13C–08–026.

AFFIRMED.